IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARLENE SLATER,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | No. 15-502 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 27th day of May, 2015, upon consideration of Ms. Slater's Complaint (Docket No. 1), Defendants' Motion to Dismiss (Docket No. 5), and Ms. Slater's Response in Opposition (Docket No. 7), and after oral argument on May 13, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that:

1. Defendants' Motion to Dismiss (Docket No. 5) is **GRANTED**;

2. All remaining claims against Defendants are **DISMISSED**; and

3. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

          BY THE COURT:

          S/Gene E.K. Pratter
          GENE E.K. PRATTER
          UNITED STATES DISTRICT JUDGE